**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**




## APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

********************************
UNITED STATES

- v.-

HAMED AHOEY

24-MJ-354
Docket Number

********************************

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Andrew D. Reich
Firm Name: USAO EDNY
Address: 271-A Cadman Plaza East
Brooklyn NY 11201
Phone Number: 718-254-6452
E-Mail Address: andrew.reich@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ____ NO ✓
**If yes, state description of document to be entered on docket sheet:**

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:____________
Judge/Magistrate Judge:____________
Date Entered:____________

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation.

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn, NEW YORK
05/08/2024

Vera M. Scanlon

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE 05/08/2024
DATE

**MANDATORY CERTIFICATION OF SERVICE**:
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:______; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

05/08/2024
DATE

[signature]
SIGNATURE

AFM:ADR
F. #2023R00824

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

HAMED AHOEY,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**To Be Filed Under Seal**

COMPLAINT AND AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

(18 U.S.C. § 1029(a)(5), 2 and 3551 et seq.)

Case No. 24-MJ- 354

EASTERN DISTRICT OF NEW YORK, SS:

SCOTT W. STONER, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

In or about and between October 2023 and November 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant HAMED AHOEY, together with others, did knowingly and with intent to defraud effect transactions, with 1 or more access devices issued to another person or persons, to receive payment or any other thing of value during any 1-year period the aggregate value of which was greater than $1,000.

(Title 18, United States Code, Sections 1029(a)(5), 2 and 3551 et seq.)

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2021. Since March 2022 I have been assigned to the FBI's Cyber Crimes Task Force ("CCTF"). My responsibilities on the CCTF include investigating computer intrusions, sophisticated financial frauds and money laundering, among other offenses. I am familiar with the facts and circumstances set forth below from my participation in the investigation, my review of the investigative file, interviews with witnesses and victims, and reports of other law enforcement officers involved in the investigation. Where I describe the statements of others, I do so only in sum and substance and in part.

DEFINITIONS AND BACKGROUND REGARDING CRYPTOCURRENCIES

2. Cryptocurrency: Cryptocurrencies are digital tokens of value circulated over the Internet as substitutes for traditional fiat currency. Cryptocurrencies are not issued by any government, bank, or company, but rather are generated and controlled through computer software. Bitcoin (or "BTC") is currently the most well-known cryptocurrency in use. The terms "cryptocurrency" and "virtual currency" are used interchangeably in this application.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3. Virtual Currency Address: Virtual currency addresses are the particular virtual locations to which such currencies are sent and received. A virtual currency address is analogous to a bank account number and is represented as a string of letters and numbers.

4. Private Key: Each virtual currency address is controlled through the use of a unique corresponding private key, a cryptographic equivalent of a password needed to access the address. Only the holder of an address's private key can authorize a transfer of virtual currency from that address to another address.

5. Seed Phrase: A "seed phrase" is a mnemonic passphrase made up of a series of apparently random words. A person in possession of a seed phrase can use it to reconstitute a private key, and thus to access the value stored at a cryptocurrency address.

6. Virtual Currency Exchanges: Virtual currency exchanges ("VCEs" or "exchanges") are trading and storage platforms for virtual currencies such as BTC and Ether ("ETH").

7. Virtual Currency Wallet: The term virtual currency wallet can have different meanings in different contexts. In the context of a VCE, it generally refers to a user's account at the VCE, which contains the value stored by that user. With reference more broadly to the blockchain, a "wallet" generally denotes a software application that interfaces with the virtual currency's specific blockchain and generates and stores a user's addresses and private keys. A virtual currency wallet also allows users to send and receive virtual currencies. Multiple addresses can be stored in a wallet.

8. Blockchain: Most virtual currency transactions are recorded on what is known as a blockchain. The blockchain is essentially a distributed public ledger, run by the decentralized network, containing an immutable and historical record of every transaction

utilizing that blockchain's technology. The blockchain updates multiple times per hour and records every virtual currency address that has ever received that virtual currency and maintains records of every transaction and all the known balances for each virtual currency address. Most virtual currency blockchains are visible online to everyone. There are different blockchains for different types of virtual currencies.

PROBABLE CAUSE

10. In or about and between October 2023 and November 2023, the defendant HAMED AHOEY executed a series of fraudulent account takeover ("ATO") schemes of cryptocurrency wallets that resulted in more than $700,000 in losses by victims in the Eastern District of New York and elsewhere. As part of the schemes, AHOEY gained unauthorized access to victims' email accounts and obtained account logins and passwords for their cryptocurrency wallets at a popular online cryptocurrency exchange, the identity of which is known to your affiant ("Exchange-1"). AHOEY then caused digital currency to be transferred out of the victims' wallets and ultimately into cryptocurrency wallets owned and controlled by him.

11. As one example of the ATO schemes, in or about and between October 2023 and November 2023, an individual whose identity is known to your affiant ("Victim-1") was the victim of an ATO of his account at Exchange-1 (the "Victim-1 Account"). The Victim-1 Account provided the ability to transfer various cryptocurrencies belonging to Victim-1, including Quant ("QNT"), Highstreet ("HIGH") and ETH. According to information provided by Exchange-1, beginning on or about October 23, 2023, Victim-1's account at Exchange-1 was accessed on multiple occasions by one or more individuals other than Victim-1. The intrusions were reported by Victim-1 to Exchange-1. Information from

Exchange-1 confirms that Victim-1's account had been accessed from Internet Protocol ("IP") addresses that had never previously been used by Victim-1 to access his account at Exchange-1.

12. Based on a review of the blockchain, on or about November 3, 2023, through a series of transactions, digital currency worth approximately $7,159 was transferred out of the Victim-1 Account and to an "unhosted" cryptocurrency address, meaning one that is not affiliated with any VCE (the "First Intermediary Wallet"). Among others, the transfers included approximately 50.5782 QNT, 499.9025 HIGH and 0.003338 ETH.

13. On or about November 17, 2023, approximately .005142 ETH (worth approximately $9.99) was transferred from the First Intermediary Wallet to a second unhosted address that is known to your affiant ("Destination-Wallet-1"). As described further below, Destination-Wallet-1 is associated with AHOEY.

14. As another example of the ATO schemes, in or about November 2023, an individual whose identity is known to your affiant ("Victim-2") was the victim of an ATO of his account at Exchange-1 (the "Victim-2 Account"). The Victim-2 Account contained Bitcoin. According to information provided by Exchange-1, on or about November 16, 2023, Victim-2's account at Exchange-1 was accessed by one or more individuals other than Victim-2. The intrusions were reported by Victim-2 to Exchange-1. Information from Exchange-1 confirms that Victim-2's account had been accessed from IP addresses that had never previously been used by Victim-2 to access his account at Exchange-1.

15. Based on a review of the public blockchain, on or about that same day, approximately 2.407460 BTC (worth approximately $86,997) was transferred from the Victim-2 Account to an unhosted address (the "Second Intermediary Address"). On or

about November 17, 2023, approximately 1.203176 BTC (worth approximately $43,909 dollars) was transferred from the Second Intermediary Address to another unhosted address (the "Third Intermediary Address").

16. On or about November 19, 2023, approximately 1.027460 BTC (worth approximately $44,182 dollars[2]) was transferred from the Third Intermediary Address to an address known to your affiant ("Destination-Wallet-2"). As described further below, Destination-Wallet-2 is associated with AHOEY.

17. On or about March 15, 2024, FBI agents conducted a judicially authorized search of AHOEY's residence in Queens, New York. During the search, among other things, agents recovered notebooks and pieces of paper containing cryptocurrency seed phrases from AHOEY's bedroom and elsewhere. Some of these notebooks and papers bore AHOEY's name. Others were recovered after FBI agents saw AHOEY attempting to hide them during the search of the residence. FBI agents were able to identify cryptocurrency wallets associated with the unique seed phrases recovered during the search. The wallets included Destination-Wallet-1 and Destination-Wallet-2, described above.

18. Also during the search, FBI agents recovered a desktop computer from a room identified by AHOEY, and by his mother and brother, as AHOEY's bedroom (the "AHOEY Computer"). FBI agents conducted a judicially authorized search of the AHOEY Computer and found additional evidence that AHOEY was engaged in the ATO schemes described above.[3] For example, based on a review of the AHOEY Computer's internet

---

[2] The value of BTC increased between November 17 and November 19, 2023.

[3] The AHOEY Computer had a single user login profile with a distinctive

history, on or about November 3, 2023, the same day that funds were transferred out of the Victim-1 Account, the AHOEY Computer was used to: (1) access an email account belonging to Victim-1; (2) navigate to a public blockchain explorer website and search for a cryptocurrency address associated with the Victim-1 Account; and (3) conduct an internet search for the phrase, "qnt crypto price" (as described above, QNT was among the cryptocurrencies fraudulently transferred out of the Victim-1 Account).

19. Moreover, FBI agents observed files on the AHOEY Computer containing call scripts with talking points to impersonate customer support personnel from companies such as Exchange-1 in order to obtain login credentials from users. The scripts included what appear to be victim names and personal information, such as phone numbers and email addresses.

20. Based on my training and experience and the investigation to date, I know that Exchange-1 offers users the ability to create a 2-Factor Authentication ("2FA") protocol for logins to their account for added security. When 2FA is enabled on a user's account, the user can only log in by providing both of (1) the user's account credentials, and (2) a separate onetime passcode provided to the user via a medium of the user's choosing, such as a text message. Thus, an individual attempting an ATO on an account with 2FA enabled must obtain not only a user's account credentials but also the onetime passcode.

---

username (the "Ahoey Username") that I know to be used by AHOEY on various online platforms. For example, an account on the social media and online messaging service Discord is associated with an email address that incorporates the Ahoey Username. The account user provided to Discord a telephone phone number that is the same phone number provided by AHOEY to New York City Police Department officers during a visit to AHOEY's residence on or about January 9, 2024.

Based on my training and experience and the investigation to date, I know that perpetrators of ATO schemes often obtain these onetime passcodes, once they have obtained a user's login credentials, by calling the user and pretending to be legitimate customer support personnel. The scripts found on the AHOEY Computer included questions to obtain users' credentials and 2FA onetime passcodes.

21. Lastly, FBI agents observed a file on the AHOEY Computer that contained a list of credentials such as email addresses for at least six individuals other than AHOEY, and what appear to be passwords associated with each.

WHEREFORE, your deponent respectfully requests that the defendant HAMED AHOEY be dealt with according to law. Because public filing of this document could result in a risk of evasion by AHOEY, as well as jeopardize the government's ongoing investigation, your deponent respectfully requests that this complaint, as well as any arrest warrant issued in connection with this complaint, be filed under seal.

/s/ Scott W. Stoner

SCOTT W. STONER
Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone this
8 day of May, 2024

Vera M. Scanlon

THE HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

United States of America
v.
Hamed Ahoey

*Defendant*

Case No. 24-MJ-354

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Hamed Ahoey , who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment ❐ Superseding Indictment ❐ Information ❐ Superseding Information ☑ Complaint
❐ Probation Violation Petition ❐ Supervised Release Violation Petition ❐ Violation Notice ❐ Order of the Court

This offense is briefly described as follows:

18 USC 1029(a)(5) (access device fraud)

Date: 05/08/2024

Vera M. Scanlon
*Issuing officer's signature*

City and state: Brooklyn, NY

Hon. Vera M. Scanlon, U.S.M.J.
*Printed name and title*

**Return**

This warrant was received on *(date)* __________ , and the person was arrested on *(date)* __________ at *(city and state)* __________ .

Date: __________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: __________

Known aliases: __________

Last known residence: __________

Prior addresses to which defendant/offender may still have ties: __________

Last known employment: __________

Last known telephone numbers: __________

Place of birth: __________

Date of birth: __________

Social Security number: __________

Height: __________ Weight: __________

Sex: __________ Race: __________

Hair: __________ Eyes: __________

Scars, tattoos, other distinguishing marks: __________

History of violence, weapons, drug use: __________

Known family, friends, and other associates *(name, relation, address, phone number)*: __________

FBI number: __________

Complete description of auto: __________

Investigative agency and address: __________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: __________

Date of last contact with pretrial services or probation officer *(if applicable)*: __________